IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DAQUAN LAMONT STEVENS,

  Plaintiff,

    v.

STATE OF GEORGIA, et al.,

  Defendants.

CIVIL ACTION FILE
NO. 1:13-CV-3313-TWT

**ORDER**

This is a pro se prisoner civil rights action. It is before the Court on the Report and Recommendation [Doc. 11] of the Magistrate Judge recommending dismissing the action as frivolous. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED. Rule 15(a) of the Federal Rules of Civil Procedure provides that leave to amend "shall be freely given when justice so requires." However, leave to amend may be denied where there has been undue delay or where the amendment would be futile. Espey v. Wainwright, 734 F.2d 748, 750 (11th Cir. 1984); Burger King Corporation v. C. R. Weaver, 169 F.3d 1310, 1319 (11th Cir. 1999). The Motion to Amend Complaint [Doc. 13] is DENIED as futile.

T:\ORDERS\13\Stevens\13cv3313\r&r.wpd

SO ORDERED, this 16 day of January, 2014.

                                              /s/Thomas W. Thrash  
                                              THOMAS W. THRASH, JR.  
                                              United States District Judge